Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon yarn similar in all material respects to that the subject of Abstract 65138 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.

No. 67667.—Albert Godde Bedin, Inc., and Alltransport, Inc. *v.* United States, protest 289396–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon yarn similar in all material respects to that the subject of Abstract 65138 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MAY 1, 1963

No. 67668.—Tex Mex Brick & Import Co. et al. *v.* United States, protests 58/5412, etc. (Laredo).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiffs was sustained.

No. 67669.—Commodore Manufacturing Corporation *v.* United States, protest 62/14684 (New York).

Opinion by Johnson, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, MAY 2, 1963

No. 67670.—Eugenio Mireles *v.* United States, protest 329377–K (Laredo).

Oliver, Chief Judge: This protest relates to a certain commodity which was classified under the provision for "Barytes ore, crude or unmanufactured," in paragraph 67 of the Tariff Act of 1930, as amended by T.D. 54108, carrying a duty assessment of $2.85 per ton. Plaintiff claims that the goods are free of duty under the provision in paragraph 1719 of the Tariff Act of 1930, for crude minerals, not specially provided for.